ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6 / ENTER

FILED

JUL - 2 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RUBEN FEBRONIO MARTINEZ, | Case No. CV 09-3310-JSL (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| SHERIFF JOE LEE BACA, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _____7/1/09_____

Spencer Letts

J. Spencer Letts
United States District Judge